```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CF2 Co., Ltd.,

                     Plaintiff,

        -against-

YOCO, Inc., et al.,

                     Defendants.

1:19-cv-07774 (MKV)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

        This case has been referred to the undersigned for settlement. (*See* ECF No. 18.) No later than Monday, May 25, 2020, counsel shall jointly submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, four (4) mutually-agreeable dates when all parties and counsel are available to have the settlement conference.

**SO ORDERED.**

DATED:        New York, New York
                    May 20, 2020

                                               _____
                                               STEWART D. AARON
                                               United States Magistrate Judge