**UNITED STATES DISTRICT COURT**

for the

**Southern District of New York**

| | | |
|---|---|---|
| CF2 CO., LTD. | ) | ECF CASE |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:19-cv-07774 |
| v. | ) | |
| | ) | |
| YOCO INC., M.A.X. SPORTS ENTERPRISE INC, and HUN C. PARK | ) ) ) | **NOTICE OF MOTION** |
| | ) | *Document Filed Electronically* |
| Defendants. | ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE is hereby given that Defendants YOCO INC., M.A.X. SPORTS ENTERPRISE INC., and HUN C. PARK, hereby move the Court pursuant to F.R.C.P. Rule 12(b)(6) for an order dismissing the Second Amended Complaint. This motion is based on this Notice of Motion and motion, the attached Memorandum of Law, and such further argument and evidence as may be presented at hearing. Pursuant to Local Rule 6.1.(b), Plaintiff's opposition papers will be filed within 14 days of service of this Notice of Motion and motion, and Defendants' reply papers will be filed within 7 days of service of Plaintiff's opposition papers.

Dated: November 13, 2020
       New York, New York

                                        Respectfully Submitted.

                                        _____/s/_____
                                        By: Andrew D. Grossman, Esq.
                                        Rha Kim Grossman & McIlwain, LLP
                                        *Attorneys for Defendants YOCO, INC., AND M.A.X. SPORTS ENTERPRISE, INC.*
                                        266 W 37th St., Suite 1600
                                        New York, NY 10018
                                        Tel: (718) 321-9797