UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CF2 CO., LTD.,

                Plaintiff,

-against-

YOCO INC., M.A.X. SPORTS ENTERPRISE INC., HUN C. PARK,

                Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2021

1:19-cv-07774-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court held a status conference in this case on August 12, 2021. This order memorializes the rulings at the conference.

    The deadline for discovery in this case is extended to November 30, 2021. There will be no further extensions of discovery, and any disputes must be brought to the Court's attention sufficiently in advance of the deadline to allow for a ruling and resulting discovery before the November 30 cutoff.

    Defendants must provide to Plaintiff within seven days of this order dates for the deposition of Suk Hyang Park.

**SO ORDERED.**

Date: August 12, 2021
       New York, NY

                                              MARY KAY VYSKOCIL
                                              United States District Judge